*Court Exh. 1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

DAVID PERES

                              Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22 - MG - 1665    ( ) ( )

Defendant __David Peres__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

David Peres
Print Defendant's Name

_____
Defendant's Counsel's Signature

Deveraux L. Cannick
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/12/2023
Date

_____
U.S. District Judge/U.S. Magistrate Judge