# AIELLO CANNICK
Your rights • Our business

MEMO ENDORSED

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

April 25, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: **United States v. David Peres**
**Case No. 7:23-cr-00194-KMK**

Dear Judge Karas:

After receiving copies of the letters submitted to the Court regarding phone call privileges, Mr. Peres called our office this morning and requested that we contact the Court seeking an order that he be allowed the same phone call privileges as any other inmate in BOP custody. His position is that the proposed protocol by the U.S. Marshals Service is wholly inadequate.

In addition, please be advised that the Marshals office contacted us earlier today about providing Mr. Peres with visitation privileges. Please see the attached email.

We thank you in advance for your prompt attention to this matter.

The Government is to respond to this letter by 4/28/23.

So Ordered.
4/25/23

Respectfully submitted,

/s/ *Deveraux L. Cannick*
Deveraux L. Cannick

DLC/ad

Cc: AUSA Benjamin Klein via email
Deputy Ronnie Rodriguez via email