# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

October 17, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> **Re:     United States v. David Peres**
> **Case No. 7:23-cr-00194-KMK**

Dear Honorable Judge Karas:

We are the attorneys for David Peres. He was scheduled to have his Presentence Interview today. However, we learned that he was recently taken to the hospital and we are totally unaware as to when he is to return. Given the foregoing, we respectfully request that his Presentence Interview be conducted remotely.

Thank you in advance for your consideration.

Granted.

So Ordered.

10/17/23

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

DLC/ad

Cc:    AUSA Benjamin Klein, via email
Nichole Brown-Morin, Probation Officer, via email
Ronnie Rodriguez, Deputy US Marshal, via email