# AIELLO CANNICK
**Your rights • Our business**

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 8, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  **United States v. David Peres**
     **Case No. 7:23-cr-00194-KMK**

Dear Honorable Judge Karas:

We are the attorneys for David Peres. The Court directed that the Presentence Interview in this case be conducted by October 20, 2023 and the first report is scheduled to be disclosed by November 16, 2023. However, to date, we have been unable to conduct the interview. This was initially because of Mr. Peres' hospitalization in mid-October, but it has been further compounded by my recent and ongoing hospitalization. Certainly, we will not be able to conduct the interview before November 16.

Given the foregoing, I write to request that the Court schedule new disclosure dates as to the Presentence Report for mid to late December.

Please note that Probation Officer Nichole Brown-Morin does not object to this request.

Thank you in advance for your consideration.

Granted. The new disclosure dates
are moved back 60 days.

So Ordered.
/s/ KMK
11/8/23

Respectfully submitted,

/s/ *Deveraux L. Cannick*
Deveraux L. Cannick

DLC/ad

Cc:  Nichole Brown-Morin, Probation Officer, via email
     AUSA Benjamin Klein, via email