UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

David M. Peres,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 23 CR 00194 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Ezra Spilke is to assume representation of the defendant in the above captioned matter as of December 7, 2023. Mr. Spilke is appointed pursuant to the Criminal Justice Act. His address is Law Offices of Ezra Spilke, PLLC, 1825 Foster Avenue, Suite 1K, Brooklyn, NY 11230, phone number (718) 783-3682, Email: ezra@spilkelaw.com

Deveraux L. Cannick is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       December 8, 2023